No. 781. Atchison, Topeka & Santa Fe Ry. Co. v. Norkevich, Administratrix. April 18, 1932. Petition

for writ of certiorari to the Appellate Court of Illinois, 1st District, denied. *Messrs. E. E. McInnis* and *Homer W. Davis* for petitioner. *Mr. John K. Murphy* for respondent.